AO 91 (Rev. 02/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT

### for the
### District of Arizona

DOA
11-23-17

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Daniel Guadalupe Arrellano-Moreno, | )    Case No.   17-8460 MJ |
| a.k.a.: Daniel Guadalupe Arrellano Moreno, | ) |
| a.k.a.: Daniel Arrellano-Moreno, | ) |
| (A205 586 248) | ) |
| *Defendant* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of November 22, 2017, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Daniel Guadalupe Arrellano-Moreno, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on or about December 2, 2016, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a).

I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated by Reference Herein**

*BDay*

REVIEWED BY: SAUSA Brett Day for AUSA Margaret Perlmeter

☒ Continued on the attached sheet.

 

_____
*Complainant's signature*

Marcus D. Leggett,
Deportation Officer
_____
*Printed name and title*

Sworn to before me and signed telephonically.

Date:  November 24, 2017
_____

_____
*Judge's signature*

City and state:  Phoenix, Arizona
_____

John Z. Boyle,
United States Magistrate Judge
_____
*Printed name and title*

## STATEMENT OF PROBABLE CAUSE

I, Marcus D. Leggett, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On November 22, 2017, Daniel Guadalupe Arrellano-Moreno was booked into the Maricopa County Jail (MCJ) by the Phoenix Police Department on local charges. While in custody at the MCJ, Arrellano-Moreno was encountered by ICE officer D. Rayner who determined him to be a citizen of Mexico, illegally present in the United States. On the same date, an immigration detainer was lodged with the county jail. On November 23, 2017, Arrellano-Moreno was released from the Maricopa County Jail and transported to the Phoenix ICE office for further investigation and processing. Arrellano-Moreno was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Daniel Guadalupe Arrellano-Moreno to be a citizen of Mexico and a previously deported alien. Arrellano-Moreno was removed from the United States to Mexico through Nogales, Arizona, on or about December 2, 2016, pursuant to the reinstatement of an order of removal issued by an immigration official. There is no record of Arrellano-Moreno in any Department of Homeland

1

Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Arrellano-Moreno's immigration history was matched to him by electronic fingerprint comparison.

4. On November 23, 2017, Daniel Guadalupe Arrellano-Moreno was advised of his constitutional rights. Arrellano-Moreno freely and willingly acknowledged his rights and declined to make any further statements.

5. For these reasons, this affiant submits that there is probable cause to believe that on or about November 22, 2017, Daniel Guadalupe Arrellano-Moreno, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on or about December 2, 2016, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a).

Marcus D. Leggett,
Deportation Officer,
Immigration and Customs Enforcement


Sworn to and subscribed telephonically this 24th day of November, 2017.

John Z. Boyle,
United States Magistrate Judge

2